to give a written statement and Judy refused saying she didn't want to do anything else without a lawyer present. Chief Alumbaugh and myself stopped all questioning at this time and I escorted Fakes back to her cell. She then asked if she couldn't call a lawyer tonight. I advised her that she could, but that we were not going to question her any further. I reminded her that she had told me that she couldn't afford an attorney but if she wanted to try to call one, she could. I again reminded her that the court would be appointing an attorney but that again, if she wanted to try to call this night, she could. She did not want to do so. Lafayette County deputies were called to transport Fakes to jail.

John M. Schilmoeller, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jefferson City, MO, Philip M. Koppe, Assistant Attorney General, Kansas City, MO, Attorneys for Respondent.

Before SMART, P.J., SPINDEN, C.J., and HOWARD, J.

## ORDER

PER CURIAM.

Paul E. Tinoco appeals from his convictions of six counts of assault in the first degree, § 565.050, and six counts of armed criminal action, § 571.015.

Judgment affirmed. Rule 30.25(b).

---

STATE of Missouri, Respondent,

v.

Paul E. TINOCO, Appellant.

No. WD 57925.

Missouri Court of Appeals,
Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 2001.

Application for Transfer Denied
Aug. 21, 2001.

---

STATE of Missouri, Respondent,

v.

Jayson D. HURST, Appellant.

No. WD 58449.

Missouri Court of Appeals,
Western District.

April 10, 2001.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 29, 2001.

Application for Transfer Denied
Aug. 21, 2001.